**DISMISS; and Opinion Filed February 20, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01360-CV

**DONALD G. HENSLEE, Appellant**
**V.**
**REGIONS BANK, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-11148**

## MEMORANDUM OPINION

Before Justices Lang, Fillmore, and Schenck
Opinion by Justice Fillmore

Before the Court is appellant's unopposed motion for dismissal. Appellant informs the Court that he no longer wishes to pursue this appeal. Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

171360F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

DONALD G. HENSLEE, Appellant

No. 05-17-01360-CV    V.

REGIONS BANK, Appellee

On Appeal from the 191st Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-14-11148.
Opinion delivered by Justice Fillmore.
Justices Lang and Schenck participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee REGIONS BANK recover its costs of this appeal from appellant DONALD G. HENSLEE.

Judgment entered this 20th day of February, 2018.